IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CHARLES BANKSTON**                                                                                      **PETITIONER**

**V.**                                        **CIVIL ACTION NO. 4:15CV142-SA-JMV**

**EARNEST LEE and**
**ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI**         **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, the Court **GRANTS** Respondents' "Motion to Dismiss Pursuant to § 2244(d)" [8] and **DISMISSES** with prejudice the petition filed in this cause. A certificate of appealability is **DENIED**. All pending motions are **DISMISSED** as moot.

**SO ORDERED** this the 4th day of February, 2016.

                                                         /s/ **Sharion Aycock**
                                                         **U.S. DISTRICT JUDGE**